UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| KIRPAL SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-408-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER TERMINATING CASE** |
| TODD BLANCHE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Presently before the Court is Respondents' Notice of Release from Custody, [R. 27], certifying that "Petitioner has been released from custody" as required by this Court's Memorandum Opinion and Order, [R. 26]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 17th day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record